# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Jason Michael Guille,

    Julie Guille,

        Debtor(s).

Case No. 19-10047-amc

Chapter 13

### Debtor's Motion to Reopen Case

**AND NOW**, Debtors Jason Michael Guille and Julie Guille ("the Debtors"), by and through their attorney, move this Court to reopen this case. In support of this motion, the Debtors state as follows:

1. This case was closed without a discharge on May 29, 2024, because the Debtors failed to file proof of compliance with 11 U.S.C. §522(q).

2. The Debtors have since each filed their Certifications regarding Domestic Support Obligations and Section 522(q).

3. With that, the Debtors have complied with 11 U.S.C. §522(q).

4. The Debtors request that the Court reopen this case and enter a discharge order.

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of the order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 5, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com