**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-10047-amc |
| Jason Michael Guille, | Chapter 13 |
| Julie Guille, | |
| Debtor(s). | |

**Order Granting Debtors' Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtors' Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED**.

3. The Clerk must close this case promptly after the Court enters a discharge order.


Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge