# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Jason Michael Guille,
    Julie Guille,

        Debtor(s).

Case No. 19-10047-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion to Reopen Case along with the notice on the following parties through the CM/ECF system:

| | |
|---|---|
| U.S. Trustee (CM/ECF) | Santander Consumer USA Inc. (CM/ECF) |
| Scott Waterman (CM/ECF) | MidFirst Bank (CM/ECF) |
| Synchrony Bank (CM/ECF) | Exeter Finance, LLC (CM/ECF) |
| JPMorgan Chase Bank, N.A. (CM/ECF) | |

And on the parties listed on the attached mailing exhibit by first class mail.

Date: September 5, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CCAP Auto Lease Ltd.
P.O. BOX 961275
FORT WORTH, TX 76161

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

RADIOLOGY ASSOC OF THE MAIN LINE PC
C/O AMERICOLLECT INC
PO BOX 1566
MANITOWOC, WI 54221-1566

MAIN LINE HEALTH IMAGING LP
C/O AMERICOLLECT INC
PO BOX 1566
MANITOWOC, WI 54221-1566

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701