**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Jason Michael Guille,<br>    Julie Guille,<br>                Debtor(s). | Case No. 19-10047-amc<br><br>Chapter 13 |

### Order Granting Debtors' Motion to Reopen Case

**AND NOW**, upon consideration of the Debtors' Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REOPENED**.
3. The Clerk must close this case promptly after the Court enters a discharge order.

Date: Oct. 9, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge