United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jason Michael Guille  
Julie Guille  
    Debtors

Case No. 19-10047-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 10, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Michael Guille, Julie Guille, 304 Rively Avenue, Glenolden, PA 19036-1013 |
| 14257700 | #+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14254259 | + | Santader Consumer USA/ Chrysler Capital, Attn: Bankruptcy PO Box 961245, Fort Worth, TX 76161-0244 |
| 14302369 | + | Santander Consumer USA Inc., dba Chrysler Capital for CCAP Auto Lease, c/o WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14254260 | + | Santander Consumer USA/ /chrysler Capita, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 10 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14254243 | | Email/Text: ebn@americollect.com | Oct 10 2024 23:55:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14268801 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:30:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14254245 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:30:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14254246 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 10 2024 23:54:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14276643 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 10 2024 23:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14254247 | + | Email/Text: Bankruptcy@BAMcollections.com | Oct 10 2024 23:54:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14268810 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 10 2024 23:55:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14254248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-10047-amc   Doc 134   Filed 10/12/24   Entered 10/13/24 00:33:47   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 11 2024 00:12:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14264002 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Oct 11 2024 00:31:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14283742 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 11 2024 00:31:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14254250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:30:54 | Capital One/Helzberg, Attn: Bankruptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14254252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 10 2024 23:54:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14254253 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 11 2024 00:11:14 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14256619 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 10 2024 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14254254 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 10 2024 23:54:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14590875 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:11:41 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14254251 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:11:17 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14279488 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:11:13 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14254255 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 10 2024 23:54:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14283439 | | Email/Text: ebn@americollect.com | | |
| | | | Oct 10 2024 23:55:00 | MAIN LINE HEALTH IMAGING LP, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14344649 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:30:54 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14406539 | | Email/Text: amps@manleydeas.com | | |
| | | | Oct 10 2024 23:54:00 | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14254256 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 10 2024 23:54:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14274766 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 10 2024 23:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14282647 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 11 2024 00:12:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14254257 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 11 2024 00:12:24 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14283403 | | Email/Text: ebn@americollect.com | | |
| | | | Oct 10 2024 23:55:00 | RADIOLOGY ASSOC OF THE MAIN LINE PC, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14254258 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Oct 10 2024 23:55:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14254587 | ^ | MEBN | | |
| | | | Oct 10 2024 23:47:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14254261 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 11 2024 00:30:47 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

Case 19-10047-amc   Doc 134   Filed 10/12/24   Entered 10/13/24 00:33:47   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14254244 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14254249 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14254262 | ##+ | Weltman Weinberg & Reis, 170 S Independence Mall West Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2024              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| MICHAEL A. CIBIK | on behalf of Debtor Jason Michael Guille help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Julie Guille help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2                         User: admin                                         Page 4 of 4
Date Rcvd: Oct 10, 2024                      Form ID: 138OBJ                                 Total Noticed: 37

TOTAL: 11

*Form 138OBJ* (6/24)−doc 133 − 113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jason Michael Guille ) Case No. 19−10047−amc
)
)
   Julie Guille ) Chapter: 13
   aka Julie Costa )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 10, 2024        For The Court

Timothy B. McGrath
Clerk of Court